IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
AUG 17 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

SHARON F. MOORE,

    Plaintiff,

v.                                       Action No. 2:08cv413

WELLS FARGO BANK, N.A.,

    Defendant.

ORDER

United States Magistrate Judge Dennis W. Dohnal has agreed to conduct a settlement conference in this matter. Pursuant to Local Civil Rule 83.6, counsel for the parties are DIRECTED to contact Judge Dohnal's chambers at 804-916-2270 within ten (10) days next after the date of entry of this Order to schedule a settlement conference.

IT IS SO ORDERED.

/s/ MSD
Mark S. Davis
United States District Judge

Norfolk, Virginia
August 17, 2009